UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY LAMPKIN; ROSELLE WHITE,

Plaintiffs,

-against-

STATE AND COUNTY CHILD SUPPORT
AGENCIES, et al.,

Defendants.

1:25-CV-10726 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 7, 2026, and entered on January 9, 2026, the Court directed Plaintiffs, within 30 days, to: (1) each submit a signed complaint signature page; and (2) each submit a completed and signed *in forma pauperis* ("IFP") application or together pay one total of $405.00 in fees to bring this action. That order specified that a plaintiff's failure to comply would result in dismissal of that plaintiff's claims. Neither plaintiff has submitted a signed complaint signature page. In addition, neither plaintiff has submitted a completed and signed IFP application. Alternatively, Plaintiffs have not paid the fees to bring this action. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated:   March 9, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2