UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY LAMPKIN; ROSELLE WHITE,

               Plaintiffs,

        -against-

STATE AND COUNTY CHILD SUPPORT
AGENCIES, ET AL.,

               Defendants.

25 CIVIL 10726 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the March 9, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

      SO ORDERED.

Dated:   March 10, 2026

        New York, New York

                             /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                   Chief United States District Judge